FILED

11/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0248

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0248

_____

IN RE THE PARENTING OF;

A.K.,

    Minor Child.

ANDREW J. KOBER,

        Petitioner and Appellee,

    and

SAVANNAH M. SPRINGFIELD,

        Respondent and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all parties of record and to the Honorable Colette B. Davies, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 11 2020